

JAMES E. JOHNSON
*Corporation Counsel*

The City of New York
**Law Department**
100 CHURCH STREET
NEW YORK, NY 10007

MARK R. FERGUSON
Senior Counsel
Labor & Employment Law Division
Phone: (212) 356-2507
Fax: (212) 356-2439
Email: mferguso@law.nyc.gov

April 29, 2021

**BY ECF**

Honorable Judge Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

        Re:   *Richards v. Dep't of Educ. of the City of New York, et al.*,
               21 Civ. 338 (LJL)
               Our No. 2021-000002

Dear Judge Liman:

        I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendant Department of Education of the City of New York and the Board of Education of the City School District of the City of New York ("DOE") in the above-referenced action.

        On March 19, 2021, the Court granted the parties' joint request permitting plaintiff to file an amended complaint in anticipation of DOE's intended motion to dismiss, and adjourned the initial pretrial conference to May 21, 2021. See Dkt. # 10.

        Plaintiff filed her amended complaint on April 16, 2021. See Dkt. # 11. DOE's response to the Amended Complaint is presently due on May 17, 2021, and I have notified plaintiff that DOE intends to file a dispositive motion to dismiss the Amended Complaint.

        Accordingly, the parties jointly request that (1) the initial pretrial conference be adjourned to a date amenable to the Court following its decision on DOE's dispositive motion; and (2) the Court adopt the following briefing schedule for the DOE's anticipated motion:

- DOE to file its motion to dismiss by May 31, 2021.
- Plaintiff to file her opposition, if any, by July 12, 2021.
- DOE to file its reply, if any, by August 9, 2021.

HONORABLE LEWIS J. LIMAN
United States District Judge
*Richards v. Dep't of Educ. of the City of New York, et al.*,
21 Civ. 338
April 29, 2021
Page 2

Thank you for your consideration of this matter.

Respectfully submitted,

MEMORANDUM ENDORSED. The briefings schedule proposed herein is adopted. The IPTC is ADJOURNED sine die. SO ORDERED. 4/30/2021

/s/
Mark Robert Ferguson
Assistant Corporation Counsel

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

cc (By ECF):

Stewart L. Karlin, Esq.