USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _02/02/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                             :

ETHEL RICHARDS,                       :
                             :

          Plaintiff,         :

                             :            21-cv-338 (LJL)
     -v-                    :

                             :             ORDER

THE DEPARTMENT OF EDUCATION OF THE CITY  :
OF NEW YORK and THE BOARD OF EDUCATION   :
OF THE CITY SCHOOL DISTRICT OF NEW YORK,  :

                             :

         Defendants.       :

                             :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court will hold a status conference via telephone on February 17, 2022 at 11:00 a.m. at which, among other things, it will enter a Case Management Plan and Scheduling Order. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

       At least one week before the conference, the parties are directed to jointly submit a proposed Case Management Plan and Scheduling Order, available on the Court's website at https://www.nysd.uscourts.gov/hon-lewisj-liman and to follow the relevant instructions pursuant to Rule 4(A) of Judge Liman's Individual Practices.


       SO ORDERED.


Dated: February 2, 2022               _____
      New York, New York                LEWIS J. LIMAN
                              United States District Judge