```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ETHEL RICHARDS,                                                      :
                                                                     :
                              Plaintiff,                             :
                                                                     :         21-cv-00338 (LJL)
                -v-                                                  :
                                                                     :              ORDER
THE DEPARTMENT OF EDUCATION                                          :
OF THE CITY OF NEW YORK, AND THE                                     :
BOARD OF EDUCATION OF THE CITY                                       :
SCHOOL DISTRICT OF THE CITY OF                                       :
NEW YORK,                                                            X

                              Defendants.

---------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

Plaintiff filed her Second Amended Complaint in this case on March 7, 2022. Dkt. No. 36. On June 6, 2022, following extensions of time to respond, Defendant filed a motion to dismiss the Second Amended Complaint. Dkt. No. 44. Following leave of the Court, Plaintiff filed her Third Amended Complaint on September 20, 2022. Dkt. No. 57.

Pursuant to Paragraph 3(C) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed motion to dismiss the Second Amended Complaint is DENIED as MOOT. The Clerk of Court is respectfully directed to close Dkt. No. 44.

SO ORDERED.

Dated: October 6, 2022                       _____
       New York, New York                              LEWIS J. LIMAN
                                                   United States District Judge