USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/08/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ETHEL RICHARDS,

                               Plaintiff,

                -against-

THE DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK and THE BOARD OF EDUCATION OF
THE CITY SCHOOL DISTRICT OF THE CITY OF
NEW YORK,

                               Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**21-CV-338 (LJL)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Thursday, August 24, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **August 17, 2023 by 5:00 p.m.**

        SO ORDERED.

Dated: May 8, 2023
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge